**Julio ALVARADO, individually, Plaintiff–Appellant,**

v.

**William BRATTON, individually and in his official capacity; Lee Baca, individually and in his official capacity; County of Los Angeles; City of Los Angeles; Los Angeles Police Department; Los Angeles County Sheriffs Department; Larry W. Waldie, individually and in his official capacity; Doyle R. Campbell, Assistant Sheriff, individually and in his official capacity; Paul K. Tanaka, Assistant Sheriff, individually and in his official capacity; Marc L. Klugman, Division Chief, individually and in his official capacity; Erik Schick, # 33748, in his individual capacity; Michael Lambarth, # 337245, in his individual capacity; David Grimes, # 31168, in his individual capacity, Defendants–Appellees,**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and

William Stonich, Assistant Sheriff, individually and in his official capacity; Charles Jackson, Division Chief, individually and in his official capacity, Defendants.

No. 09–56979.

United States Court of Appeals, Ninth Circuit.

Submitted June 7, 2011.*

Filed June 9, 2011.

Donald W. Cook, Robert Mann, Mann & Cook, Los Angeles, CA, for Plaintiff–Appellant.

Scott Eric Caron, Paul B. Beach, Esquire, Lawrence Beach Allen & Choi, PC, Glendale, CA, Blithe Smith Bock, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendants–Appellees.

Before: BEEZER, TROTT, and RYMER, Circuit Judges.

ORDER **

We affirm the district court's comprehensive judgment dated November 17, 2009, for the reason given by the court in

its thorough in chambers minute order dated November 16, 2009.

AFFIRMED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

